```
FILED
January 11, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D25
```

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | |
|---|---|
| **Case Title :** | Arsenio A. Junio and Wilhelmina R. Junio |
| **Case No :** | 09−48183 − C − 7 |
| **Date :** | 1/5/10 |
| **Time :** | 09:30 |
| **Matter :** | [7] − Motion/Application to Compel Abandonment [RIN−1] Filed by Debtor Arsenio A. Junio, Joint Debtor Wilhelmina R. Junio (Fee Paid $150) (maws) |
| **Judge :** | Christopher M. Klein |
| **Courtroom Deputy :** | Teresa Jackson |
| **Reporter :** | Diamond Reporters |
| **Department :** | C |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

## CIVIL MINUTE ORDER

Findings of fact and conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is granted.

Dated: January 11, 2010

_____
United States Bankruptcy Judge