**FILED**
**January 21, 2010**
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002362634

B6D (Official Form 6D) (12/07)

IN RE Junio, Arsenio A & Junio, Wilhelmina R

Case No. 09-

Debtor(s)

## AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **65010007059527**<br>**Bank Of America**<br>**201 N Tryon St**<br>**Charlotte, NC 28202** | | W | **Auto Loan for 2007 Cadillac Escalade, account opened 2006-04-19**<br><br><br>VALUE $ **25,265.00** | | | | **51,400.00** | **26,135.00** |
| ACCOUNT NO. **3017682893**<br>**Chase**<br>**PO Box 78148**<br>**Pheonix, AZ 85062** | X | C | **1st Mortgage on property at 702 Adagio Dr. Fairfield, CA 94534, Non-recourse, Wilhelmina Junio is on title but not on loan.**<br><br>VALUE $ **302,000.00** | | | | **760,543.00** | **458,543.00** |
| ACCOUNT NO.<br>**Chase**<br>**PO Box 78148**<br>**Pheonix, AZ 85062** | X | C | **2nd Mortgage on Property at 702 Adagio Dr. Fairfield, CA 94534 Non-recourse, Wilhelmina Junio is on title but not on loan.**<br><br>VALUE $ **302,000.00** | | | | **89,582.00** | **89,582.00** |
| ACCOUNT NO. **085911017540**<br>**G M A C**<br>**Po Box 12699**<br>**Glendale, AZ 85318** | | C | **Auto Loan for 2006 Saab 9-3 Aero, account opened 2006-11-28**<br><br><br>VALUE $ **13,435.00** | | | | **27,087.00** | **13,652.00** |

**0** continuation sheets attached

| | Subtotal<br>(Total of this page) | $ **928,612.00** | $ **587,912.00** |
|---|---|---|---|
| | Total<br>(Use only on last page) | $ **928,612.00** | $ **587,912.00** |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

**IN RE** Junio, Arsenio A & Junio, Wilhelmina R _____          Case No. __09-48183__
<u>Debtor(s)</u>                                                                  <u>(If known)</u>

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

<div style="writing-mode: vertical">© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3772-322301-94007**<br><br>**Amex**<br>**P.o. Box 981537**<br>**El Paso, TX  79998** | | **C** | **Credit Card, account opened 1997-12-06** | | | | **10,131.00** |
| ACCOUNT NO. **3723-132374-63002**<br><br>**Amex**<br>**P.o. Box 981537**<br>**El Paso, TX  79998** | | **H** | **Credit Card, account opened 1997-06-24** | | | | **8,854.00** |
| ACCOUNT NO. **-3499905942712333**<br><br>**Amex**<br>**P.o. Box 981537**<br>**El Paso, TX  79998** | | | **Credit Card, account opened 1997-07** | | | | **150.00** |
| ACCOUNT NO. **1699**<br><br>**Bank Of America**<br>**Po Box 1598**<br>**Norfolk, VA  23501** | | **W** | **Credit Card, account opened 2006-05-10** | | | | **2,112.00** |

**3** continuation sheets attached

Subtotal
(Total of this page) $ **21,247.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Junio, Arsenio A & Junio, Wilhelmina R     Case No. **09-48183**
_____     _____
          Debtor(s)                                             (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4800-1130-1590-5263**<br>**Bank Of America**<br>P.O. Box 15726<br>Wilmington, DE 19886 | | C | Credit Card | | | | 1,898.12 |
| ACCOUNT NO. **8000001763**<br>**Bosco Credit LLC**<br>C/O Prober & Raphael, A Law Corporation<br>20750 Ventura Blvd., Ste 100<br>Woodland Hills, CA 91364 | X | C | 2nd Mortgage on former residence, account opened 2006-10-31, see case #FCS034707 | | | | 308,592.00 |
| ACCOUNT NO. **430572707501**<br>**Cap One**<br>Po Box 85520<br>Richmond, VA 23285 | | H | Credit Card, account opened 2003-07-03 | | | | 4,270.00 |
| ACCOUNT NO. **5178-0524-5938-4380**<br>**Cap One**<br>Po Box 85520<br>Richmond, VA 23285 | | W | Credit card, account opened 2004-07-24 | | | | 2,124.00 |
| ACCOUNT NO. **5178-0526-8365-8609**<br>**Cap One**<br>Po Box 85520<br>Richmond, VA 23285 | | W | Credit Card, account opened 2006-09-26 | | | | 1,776.00 |
| ACCOUNT NO. **3020960000653399**<br>**Cbassociates**<br>Original Creditor: City Of FF Business S<br>P. O Box 150 460 Union Ave. Sui<br>Fairfield, CA 94533 | | H | Collection, account opened 2009-07 | | | | 182.00 |
| ACCOUNT NO. **6032590407611440**<br>**Citifinanc**<br>4500 New Linden Hill Rd<br>Wilmington, DE 19808 | | W | Charge Account, account opened 2007-05-28 | | | | 2,463.00 |

Sheet no. **1** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                        Subtotal
                (Total of this page) $ **321,305.12**

                         Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Junio, Arsenio A & Junio, Wilhelmina R _____    Case No. 09-48183
_____
                 Debtor(s)                                            (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6032590377219141<br><br>**Citifinanc**<br>**4500 New Linden Hill Rd**<br>**Wilmington, DE 19808** | | W | Charge account, account opened 2007-05-27 | | | | 1,275.00 |
| ACCOUNT NO. 3020960000653399<br><br>**Credit Bureau Associat**<br>**Original Creditor: City Of FF Business S**<br>**460 Union Ave**<br>**Fairfield, CA 94533** | | H | Collection, account opened 2009-07-29 | | | | 182.00 |
| ACCOUNT NO. 49964821<br><br>**First Federal Bank Of**<br>**401 Wilshire Blvd Fl 3**<br>**Santa Monica, CA 90401** | | C | 1st Mortgage on former residence, account opened 2006-10-30 | | | | 1,183,794.00 |
| ACCOUNT NO. 0000049100309514<br><br>**Lvnv Funding Llc**<br>**Original Creditor: HSBC Bank Nev Neiman**<br>**Po Box 740281**<br>**Houston, TX 77274** | | W | Collection, account opened 2009-06-16 | | | | 12,132.00 |
| ACCOUNT NO.<br><br>**Capital Management Services, LP**<br>**726 Exchange St. Ste 700**<br>**Buffalo, NY 14210** | | | Assignee or other notification for: Lvnv Funding Llc | | | | |
| ACCOUNT NO. 27796104<br><br>**Southwest Credit Syste**<br>**Original Creditor: Cingular Wireless**<br>**5910 W Plano Pkwy Ste 10**<br>**Plano, TX 75093** | | H | Collection, account opened 2009-04-08 | | | | 1,489.00 |
| ACCOUNT NO. 4037-8400-1798-3329<br><br>**U S Bank**<br>**101 5th St E Ste A**<br>**Saint Paul, MN 55101** | | W | Credit Card, account opened 2006-02-01 | | | | 17,947.00 |

Sheet no. __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                       Subtotal
                            (Total of this page) $ 1,216,819.00

                                        Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Junio, Arsenio A & Junio, Wilhelmina R**        Case No. **09-48183**
<u>                                            </u>
Debtor(s)                                  (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4037-8400-0206-5587**<br>**Us Bank/na Nd**<br>**4325 17th Ave S**<br>**Fargo, ND  58125** | | C | **Credit Card, account opened 2006-02-01** | | | | **13,577.00** |
| ACCOUNT NO. **4037-8400-1445-4290**<br>**Us Bank/na Nd**<br>**4325 17th Ave S**<br>**Fargo, ND  58125** | | H | **Credit Card, account opened 2007-11-01** | | | | **913.00** |
| ACCOUNT NO. **2415124621**<br>**Us Dept Of Education**<br>**Po Box 5609**<br>**Greenville, TX  75403** | | H | **Student Loan, account opened 2007-08-21** | | | | **35,000.00** |
| ACCOUNT NO. **2415124622**<br>**Us Dept Of Education**<br>**Po Box 5609**<br>**Greenville, TX  75403** | | H | **Student Loan, account opened 2008-09-11** | | | | **18,430.00** |
| ACCOUNT NO. **2415124623**<br>**Us Dept Of Education**<br>**Po Box 5609**<br>**Greenville, TX  75403** | | H | **Student Loan, account opened 2009-09-11** | | | | **9,895.00** |
| ACCOUNT NO. **4465-4201-6592-2758**<br>**Wells Fargo**<br>**Po Box 5445**<br>**Portland, OR  97208** | | W | **Credit Card, account opened 2006-02-05** | | | | **8,411.00** |
| ACCOUNT NO. | | | | | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. <u>  3  </u> of <u>  3  </u> continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **86,226.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **1,645,597.12**