B6B (Official Form 6B) (12/07)

FILED

February 10, 2010

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002408579

**IN RE** Junio, Arsenio A & Junio, Wilhelmina R

_____
Debtor(s)

Case No. 09-

# AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **Cash on hand** | C | 10.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America - Savings - 4967 joint account with Daughter** | J | 674.31 |
| | | **Chase - Checking - 5522** | C | 110.40 |
| | | **Chase - Checking - 5978** | C | 696.17 |
| | | **Travis Credit Union - Savings - 2428-00** | C | 246.98 |
| | | **Travis Credit Union - Savings - 2428-50** | C | 200.00 |
| | | **US Bank - Checking - 3541** | C | 1,301.46 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **Bedroom #1** Bed $300, Dresser $150, Nightstands(2) 450, Lamp $20 | C | 920.00 |
| | | **Bedroom #2** Bed $300, Dresser $150, Nightstand $25 | C | 475.00 |
| | | **Dining Room** Table $300, Chairs(8) $240, China Cabinet $150 | C | 690.00 |
| | | **Electronics** TV(2) $200, VCR/DVD(2) $100, Stereo $50, Computer(2) $100 | C | 450.00 |
| | | **Garage** Hand/Power Tools $25, Lawn Equip $50, Other $50 | C | 125.00 |
| | | **Kitchen** Refrigerator $500, Stove $200, Microwave $75, Table $100, Chairs(2) $50, Pots&Pans $100 | C | 1,025.00 |
| | | **Laundry Room** Washer $100, Dryer $100 | C | 200.00 |
| | | **Living/Family Room** Couch(2) $500, Coffee Table $25, End Table(2) $75, Lamps(2) $50 | C | 650.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Collections** Art(2) $50, Books(10) $20, CD/DVD/LP/VHS(100) $30 | C | 100.00 |
| 6. Wearing apparel. | | **Clothing** | C | 500.00 |

B6B (Official Form 6B) (12/07) - Cont.

**IN RE** Junio, Arsenio A & Junio, Wilhelmina R                     Case No. 09-48183
_____                     _____
                        Debtor(s)                                        (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 7.  Furs and jewelry. | | **Jewelry** **Lady's Wedding Ring $125, Men's Wedding Ring $75, Lady's Watch $75, Men's Watch(2) $25, Lady's Ring $37.50, Lady's Necklace w/ Pendant $37.50** | C | 375.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **Camera** | C | 50.00 |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Manhattan National Life - Term $100k Policy** | C | unknown |
| | | **Manhattan National Life - Term $200k Policy** | C | unknown |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Thrift Savings Plan - Federal Retirement** | C | 35,000.00 |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | | **100% interest in Angels Learn & Play** **No assets or liabilities** **Net Equity: $0** | C | 0.00 |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19.  Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

IN RE <u>Junio, Arsenio A & Junio, Wilhelmina R</u>    Case No. <u>09-48183</u>
Debtor(s)    (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Fraud Claim against First Federal Bank of California** **Debtors claim that the correct principal amount of the mortgage should be $550,000** | C | unknown |
| | | **Projected 2009 Tax Refund** | C | 4,325.50 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Saab 9-3 Aero** **55k miles** | C | 13,435.00 |
| | | **2007 Cadillac Escalade** **90k miles** | C | 25,265.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **Pets** **Fish(1)** | C | 20.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

**TOTAL** | **86,844.82**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

<u>    0</u> continuation sheets attached

B6C (Official Form 6C) (12/07)

**IN RE** Junio, Arsenio A & Junio, Wilhelmina R  
_____  
Debtor(s)

Case No. **09-48183**  
_____  
(If known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:  
(Check one box)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

☐ 11 U.S.C. § 522(b)(2)  
☑ 11 U.S.C. § 522(b)(3)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash on hand** | CCCP § 703.140(b)(5) | 10.00 | 10.00 |
| **Bank of America - Savings - 4967** joint account with Daughter | CCCP § 703.140(b)(5) | 674.31 | 674.31 |
| **Chase - Checking - 5522** | CCCP § 703.140(b)(5) | 110.40 | 110.40 |
| **Chase - Checking - 5978** | CCCP § 703.140(b)(5) | 696.17 | 696.17 |
| **Travis Credit Union - Savings - 2428-00** | CCCP § 703.140(b)(5) | 246.98 | 246.98 |
| **Travis Credit Union - Savings - 2428-50** | CCCP § 703.140(b)(5) | 200.00 | 200.00 |
| **US Bank - Checking - 3541** | CCCP § 703.140(b)(5) | 1,301.46 | 1,301.46 |
| **Bedroom #1** Bed $300, Dresser $150, Nightstands(2) 450, Lamp $20 | CCCP § 703.140(b)(3) | 920.00 | 920.00 |
| **Bedroom #2** Bed $300, Dresser $150, Nightstand $25 | CCCP § 703.140(b)(3) | 475.00 | 475.00 |
| **Dining Room** Table $300, Chairs(8) $240, China Cabinet $150 | CCCP § 703.140(b)(3) | 690.00 | 690.00 |
| **Electronics** TV(2) $200, VCR/DVD(2) $100, Stereo $50, Computer(2) $100 | CCCP § 703.140(b)(3) | 450.00 | 450.00 |
| **Garage** Hand/Power Tools $25, Lawn Equip $50, Other $50 | CCCP § 703.140(b)(3) | 125.00 | 125.00 |
| **Kitchen** Refrigerator $500, Stove $200, Microwave $75, Table $100, Chairs(2) $50, Pots&Pans $100 | CCCP § 703.140(b)(3) | 1,025.00 | 1,025.00 |
| **Laundry Room** Washer $100, Dryer $100 | CCCP § 703.140(b)(3) | 200.00 | 200.00 |
| **Living/Family Room** Couch(2) $500, Coffee Table $25, End Table(2) $75, Lamps(2) $50 | CCCP § 703.140(b)(3) | 650.00 | 650.00 |
| **Collections** Art(2) $50, Books(10) $20, CD/DVD/LP/VHS (100) $30 | CCCP § 703.140(b)(3) | 100.00 | 100.00 |
| **Clothing** | CCCP § 703.140(b)(3) | 500.00 | 500.00 |
| **Jewelry** Lady's Wedding Ring $125, Men's Wedding Ring $75, Lady's Watch $75, Men's Watch (2) $25, Lady's Ring $37.50, Lady's Necklace w/ Pendant $37.50 | CCCP § 703.140(b)(4) | 375.00 | 375.00 |
| **Camera** | CCCP § 703.140(b)(3) | 50.00 | 50.00 |
| **Manhattan National Life - Term $100k Policy** | CCCP § 703.140(b)(7) | 100% | unknown |
| **Manhattan National Life - Term $200k Policy** | CCCP § 703.140(b)(7) | 100% | unknown |
| **Thrift Savings Plan - Federal Retirement** | CCCP § 703.140(b)(10)(E) | 35,000.00 | 35,000.00 |

B6C (Official Form 6C) (12/07) - Cont.

IN RE <u>Junio, Arsenio A & Junio, Wilhelmina R</u>　　　　　Case No. <u>09-48183</u>
Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　(If known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Fraud Claim against First Federal Bank of California**<br>**Debtors claim that the correct principal amount of the mortgage should be $550,000** | CCCP § 703.140(b)(5) | 14,260.18 | **unknown** |
| **Projected 2009 Tax Refund** | CCCP § 703.140(b)(5) | 4,325.50 | 4,325.50 |
| **Pets**<br>**Fish(1)** | CCCP § 703.140(b)(3) | 20.00 | 20.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only